PER CURIAM.

(No. 74-CC-22—Claimant 

DIGITAL EQUIPMENT CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 2, 1973.*

DIGITAL EQUIPMENT CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.